# EXHIBIT A



SEPTEMBER 26, 2018

To Whom It May Concern:

I am FREDDIE CHARLES, Outreach Worker for Bronx Connect /Release The Grip Program. BRONX CONNECT/RELEASE THE GRIP is a Anti Gun Violence program in the Bronx. This is a letter for COUNT COOK, a participant who has been with us for over 3 YEARS. COUNT COOK is a part of an internship we provide called AGVEP. The program is a paid internship were participants work 12 hours with a stipend of no less 200$ a week and started on Oct 1, 2018 and will end April 2, 2019. He has been working diligently and has been very cooperative and very helpful with the workshops we provide in keeping the youth out of jail. He has done a very great job at mentoring our high risk young men that are currently in our ANTI GUN VIOLENCE PROGRAM RTG (Release the Grip). He would help us facilitate small groups that we have every week and has been an inspiration to many young men who wish to one day go to College outside there local areas. He has hosted most of our holiday events that we had during his internship with Bronx Connect.

COUNT COOK has been an incredible and instrumental part of the Release The Grip program as well as an asset onto the work we do on a daily basis in the East Concourse/Melrose section of the Bronx. Bronx Connect/ Release The Grip is a Cure Violence program servicing the 44th Precinct and is funded by City Council Member Vanessa Gibson of District 14. Cure Violence is a part of the NYC Crisis Management System under the Office to Prevent Gun-Violence. Staffs are trained in Violence Interruption and Reduction Training in order to detect and interrupt violence, assist in changing behaviors of high-risk individuals and ultimately changing community norms through community events and engagement.

You may feel free to contact me with any questions, comments, concerns and/or suggestions as it pertains to COUNT COOK and his involvement with BRONX CONNECT/ Release The Grip.

Sincerely,

FREDDIE CHARLES  
Outreach Worker  
BronxConnect, Release The Grip  
(1917-651-5460)FreddieC@bronxconnect.org

AARIAN PUNTER, MS, MSW  
Program Manager  
Release The Grip  
aarianp@bronxconnect.org