# EXHIBIT B

~09 2017



**Transforming Lives, Communities and the Criminal Justice System**

BOARD OF DIRECTORS

*Chair*
Jeffrey G. Smith

*President*
Frederick R-L Osborne

*Secretary*
Zelma Weston Henriques

*Treasurer*
Victor F. Germack

*Directors*
Ralph S. Brown, Jr.
Constance P. Carden
Thomas Clancy
Gregory L. Curtner
Richard Fuller, MP
David T. Goldberg
Adam Hellegers
Caren Hendren
Clay Hiles
Carol Hill Albert
Maria Melendez
Cindy D. Ness
Elizabeth Osborne
Lithgow Osborne
Andrew Potash
Anthony M. Schulte
Carol Shapiro
Anthony R. Smith
Charles Toder
Katrina vanden Heuvel
Mark Walter
Alfonso Wyatt

*Executive Director*
Elizabeth Gaynes

*Assoc. Exec. Director*
Carolina Cordero Dyer

*Assoc. Exec. Director*
Susan Gottesfeld

*Assoc. Exec. Director*
Patricia Ritchings

*Assoc. Exec. Director*
John Valverde

*Director of Development*
David Condliffe, CFRE

www.osborneny.org
info.osborneny.org

September 27, 2018

To Whom It May Concern:

My name is Mia Legaspi-Cavin and I am the Program Manager for the Arches program at the Osborne Association. I am writing on behalf of Mr. Count Cooks, who came in to sign up for the program.

Arches is a six month Transformative Mentoring Program that meets biweekly on Tuesdays and Thursdays from 6:00pm to 8:00pm. Through group and one on one mentoring Mr. Cooks will work to develop critical thinking, decision making and writing skills. Additionally, we offer semi-annual conflict resolution courses. There are also opportunities for employment, educational connections, and mental health services.

Mr. Cooks' first group will be on Tuesday, October 2nd. This letter confirms that he came in for intake and will be set to start on the above date.

Please feel free to contact myself if you have any questions. I can be reached at 718-707-2723 or by email at mlegaspi-cavin@osbornenv.org.

Thank you for your time,

Mia Legaspi-Cavin
Program Manager, Arches/ Next STEPS
The Osborne Association

| | | | |
|---|---|---|---|
| Administration | 809 Westchester Avenue, Bronx, NY 10455 | 718-707-2600 | Fax: 718-707-3102 |
| Bronx Site | 809 Westchester Avenue, Bronx, NY 10455 | 718-707-2600 | Fax: 718-707-3102 |
| Beacon Site | 380 Main Street, Suite 200, Beacon, NY 12508 | 845-440-7924 | Fax: 845-440-7435 |
| Brooklyn Site | 175 Remsen Street, Brooklyn, NY 11201 | 718-637-6560 | Fax: 718-237-0686 |