# EXHIBIT C

 

432 East 149th Street, 2nd Floor
Bronx, NY 10455
T: 718.402.6872
F: 718.402.6879

January 19, 2021

**Re: Count Cooks**

To Whom It May Concern:

My name is Shanita Hill; I am the Mental Health Coordinator for Bronx Connect- Court Involved Mental Health Program. I am writing this letter on behalf of Mr. Count Cooks and his involvement in the CIY-MH program. This is a voluntary program for youth between the ages of 12-29 who have some level of court involvement. The intent of our program is addressing mental health barriers this population may face through Intensive- Case Management, Therapeutics, and "wraparound" services. In addition to addressing their barriers youth will be offered internships, trainings and taught employment readiness skills.

Count completed his intake with me on March 26, 2019. Prior to signing up with the CIY-MH program he was a participant in BronxConnect Release The Grip Program (RTG), which is also voluntary. During his intake he informed me of his Probation status. The Department of Probation was in agreement with him receiving services. Mr. Cook met with me weekly to discuss career and future aspirations along with some of his stressors. While in program Count successfully completed his 30-hour OSHA and his Flaggers License. He was also referred to a Construction company for a job. Count was eager to find a job, he attended job fairs and several interviews. Mr. Count Cooks expressed an interest in wanting to better himself. He wanted to mature and knew he would have to let go of old behaviors. He shared his love for music and his dedication to his family. Count is a vibrant, articulate, and charismatic young man. He was sincere about turning over a new page in his life.

If you need any additional information, please feel free to contact me directly at 929.351.0772

Respectfully Submitted,

Shanita Hill,
Mental Health Coordinator