# EXHIBIT G



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

January 8, 2021

**BY EMAIL**
Darren LaVerne
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

  Re: <u>United States</u> v. <u>Count Cooks</u>, 20 Cr. 234 (LAP)

Dear Mr. LaVerne:





Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

By:   s/ Adam S. Hobson
      Adam S. Hobson
      Christopher Clore
      Assistant United States Attorneys
      (212) 637-2484