

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ  07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

July  12, 2021

*Via ECF*
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: *U.S. v. Lewis,* 20 Cr. 234 (LAP) (Christopher Butler)

Dear Judge Preska:

       Sentencing in the above matter is scheduled before Your Honor for July 26, 2021.  We are seeking a two-month adjournment for a few reasons.  Initially, we have had difficulty locating several of Mr. Butler's relatives to obtain character letters and are still in the process of retrieving those for his sentence.  Also, Mr. Butler recently obtained a position working in the kitchen at the Essex County Jail and would appreciate an opportunity to continue to work a little longer prior to this federal designation by the BOP.  We are respectfully requesting an adjournment until the end of September or early October, or another date at the Court's convenience. Adam Hobson, AUSA on behalf of the Government has no objection to this request.  Your Honor's time and consideration is greatly appreciated.

                                         Respectfully submitted:
                                         s/
                                         Lorraine Gauli-Rufo
                                         Attorney for Christopher Butler

Sentencing is adjourned to October 4, 2021 at 10:00 a.m.  SO ORDERED.

*Loretta A. Preska*  7/13/2021

cc: Adam Hobson, AUSA