

6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

LORRAINE GAULI-RUFO
LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

November 22, 2021

*Via ECF*
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *U.S. v. Christopher Butler*
    20 Cr. 234 (LAP)

Dear Judge Preska:

Sentencing in the above matter is scheduled before Your Honor for December 2, 2021. We are seeking a two-week adjournment due to an unexpected conflict that has arisen. We are respectfully requesting a two-week adjournment, or another date at the Court's convenience. Adam Hobson, AUSA on behalf of the Government has no objection to this request. Your Honor's time and consideration is greatly appreciated.

Respectfully submitted:
s/
Lorraine Gauli-Rufo
*Attorney for Christopher Butler*

cc: Adam Hobson, AUSA

```
Sentencing is adjourned to
Thursday December 16 at 11:30 a.m.

SO ORDERED.
```

*Loretta A. Preska*    11/23/2021